

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-19-2013

# Christ the King Manor Inc v. Secretary US Department of Hea

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-3401

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Christ the King Manor Inc v. Secretary US Department of Hea" (2013). *2013 Decisions.* Paper 203.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/203

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


**Nos. 12-3401 and 12-3501**


Christ the King Manor, Inc. v. Secretary United States Department of Health


(M.D. Pa. No. 09-cv-02007)


**ORDER**


It appearing that counsel for appellants name was misspelled in the precedential opinion issued today and that the correct spelling is Natirboff. It is hereby ORDERED that the opinion is amended as follows:

Daniel K. Natirboff [ARGUED]
Capozzi & Associates
P.O. Box 5866
Harrisburg, PA 17110
Counsel for Appellants

The opinion has been corrected and uploaded to the docket.


For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: September 19, 2013
tmk/cc: Daniel K. Natirboff, Esq.
        Jeffrey E. Sandberg, Esq.
        Sean A. Kirkpatrick, Esq.